IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

EARL LEE JONES                                                         PETITIONER

V.                      NO: 2:05CV00291 JFF

LINDA SANDERS, Warden,
FCI-Forrest City, Arkansas;
and UNITED STATES BUREAU
OF PRISONS                                                             RESPONDENTS

**JUDGMENT**

It is Considered, Ordered, and Adjudged that Petitioner's motion for summary judgment is denied and that his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

IT IS SO ADJUDGED this 31st day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE